IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

HORTENSE WHITE,

        Plaintiff,

   vs.

TRENONE VALARIE,

        Defendant.

_____/

1:13-cv-00157-GSA (PC)

ORDER DISREGARDING
MOTIONS TO PROCEED
IN FORMA PAUPERIS
AS MOOT

( Motions #18 and #24)

     Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

     On February 15, 2013 and February 27, 2013, plaintiff filed applications to proceed in forma pauperis.  Due to the fact that the court granted plaintiff's previous application to proceed in forma pauperis in the present case on January 31, 2013, IT IS HEREBY ORDERED THAT plaintiff's applications of  February 15, 2013 and February 27, 2013, are DISREGARDED AS MOOT.

     IT IS SO ORDERED.

**Dated:  March 7, 2013**           _____/s/ **Gary S. Austin**_____
                             UNITED STATES MAGISTRATE JUDGE