IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORTENSE WHITE, | 1:13-cv-00157-GSA-PC |
| Plaintiff, | ORDER STRIKING MOTION FOR LACK OF SIGNATURE |
| vs. | (Doc. 27.) |
| TRENONE VALARIE, et al., | |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 18, 2013, plaintiff submitted an unsigned motion addressing the court's order disregarding plaintiff's motions to proceed in forma pauperis as moot. (Doc. 27.) All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a).

Accordingly, plaintiff's motion filed March 18, 2013 is HEREBY STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

Dated: March 20, 2013        /s/ Gary S. Austin
                             UNITED STATES MAGISTRATE JUDGE