1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  HORTENSE WHITE, | 1:13-cv-00157-GSA-PC |
| 12        Plaintiff, | ORDER STRIKING PETITION FOR WRIT OF HABEAS CORPUS DOCKETED IN THIS ACTION |
| 13      vs. | (Doc. 17.) |
| 14  TRENONE VALARIE, et al., | ORDER FOR CLERK TO OPEN NEW HABEAS ACTION |
| 15        Defendants. | |

16

17         Hortense White ("Plaintiff") is a state prisoner proceeding pro se with this civil rights

18  action pursuant to 42 U.S.C. § 1983.  Plaintiff commenced this case on November 26, 2012, at

19  the United States District Court for the Eastern District of Pennsylvania, as case 12-6599.

20  (Doc. 1.)  On January 31, 2013, the Pennsylvania court consolidated case 12-6599 [White v.

21  Valarie] with case 12-6885 [White v. Central California Women's Facility], and transferred the

22  consolidated action to the United States District Court for the Eastern District of California.

23  (Doc. 8.)

24         On February 15, 2013, Plaintiff filed a petition for writ of habeas corpus that was

25  docketed in this civil rights action.  (Doc. 17.)

26         Based on the foregoing, IT IS HEREBY ORDERED that:

27         1.      The petition for writ of habeas corpus (Petition), docketed in this civil rights

28  action on February 15, 2013, is STRICKEN from this docket; and

1

2.      The Clerk is instructed to open a new habeas corpus action using the Petition, assigned at random.

IT IS SO ORDERED.

Dated:   **April 25, 2013**                              **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE