1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11   HORTENSE WHITE,                        1:13-cv-00157-GSA-PC

12             Plaintiff,                   ORDER STRIKING PETITION FOR WRIT
                                            OF HABEAS CORPUS DOCKETED IN
13        vs.                               THIS ACTION
                                            (Doc. 17.)
14   TRENONE VALARIE, et al.,
                                            ORDER FOR CLERK TO OPEN NEW
15             Defendants.                  HABEAS ACTION

16

17        Hortense White ("Plaintiff") is a state prisoner proceeding pro se with this civil rights

18   action pursuant to 42 U.S.C. § 1983.  Plaintiff commenced this case on November 26, 2012, at

19   the United States District Court for the Eastern District of Pennsylvania, as case 12-6599.

20   (Doc. 1.)  On January 31, 2013, the Pennsylvania court consolidated case 12-6599 [White v.

21   Valarie] with case 12-6885 [White v. Central California Women's Facility], and transferred the

22   consolidated action to the United States District Court for the Eastern District of California.

23   (Doc. 8.)

24        On February 15, 2013, Plaintiff filed a petition for writ of habeas corpus that was

25   docketed in this civil rights action.  (Doc. 17.)

26        Based on the foregoing, IT IS HEREBY ORDERED that:

27        1.       The petition for writ of habeas corpus (Petition), docketed in this civil rights

28   action on February 15, 2013, is STRICKEN from this docket; and

1

2.      The Clerk is instructed to open a new habeas corpus action using the Petition, assigned at random.


IT IS SO ORDERED.

Dated:   __**April 25, 2013**__                         _____**/s/ Gary S. Austin**
                                                             UNITED STATES MAGISTRATE JUDGE