# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORTENSE WHITE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TRENONE VALARIE, et al.,<br><br>　　　　　Defendants. | 1:13-cv-00157-AWI-GSA-PC<br><br>ORDER STRIKING DOCUMENT FOR LACK OF SIGNATURE<br>(Doc. 35.) |

Hortense White ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983.  On June 20, 2013, Plaintiff filed an untitled document which appears to be a response to the court's order of June 11, 2013.  (Doc. 35.)  The document is unsigned.  All filings submitted to the court must bear the signature of the filing party.  Local Rule 131; Fed. R. Civ. P. 11(a).  Accordingly, IT IS HEREBY ORDERED that Plaintiff's document, filed on June 20, 2013, is STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

　　Dated:　**June 27, 2013**　　　　　　　　　　　　　　/s/ Gary S. Austin

                                                UNITED STATES MAGISTRATE JUDGE