# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORTENSE WHITE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TRENONE VALARIE,<br><br>　　　　　Defendant. | 1:13-cv-00157-AWI-GSA-PC<br><br>ORDER STRIKING PLAINTIFF'S NOTICES FROM THE RECORD FOR LACK OF SIGNATURE<br>(Docs. 39, 41, 42.) |

　　　Plaintiff is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On July 8, 2013 and July 11, 2013, plaintiff submitted various unsigned notices to the court.  (Docs. 39, 41, 42.)   All filings submitted to the court must bear the signature of the filing party.  Local Rule 131; Fed. R. Civ. P. 11(a).

　　　Accordingly, plaintiff's notices filed on July 8, 2013 and July 11, 2013 are HEREBY STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

　　Dated:  **July 15, 2013**　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE