IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORTENSE WHITE, | 1:13-cv-00157-AWI-GSA (PC) |
| Plaintiff, | ORDER DISREGARDING MOTION TO PROCEED |
| vs. | IN FORMA PAUPERIS AS MOOT |
| TRENONE VALARIE, | ( Motion #40) |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On July 9, 2013, plaintiff filed an application to proceed in forma pauperis. Due to the fact that the court granted plaintiff's previous application to proceed in forma pauperis in the present case on January 31, 2013, IT IS HEREBY ORDERED THAT plaintiff's application of July 9, 2013, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:   July 18, 2013              /s/ Gary S. Austin
                                 UNITED STATES MAGISTRATE JUDGE