UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORTENSE WHITE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TRENONE VALARIE, et al.,<br><br>　　　　　Defendants. | 1:13-cv-00157-AWI-GSA-PC<br><br>ORDER DENYING MOTION FOR RECONSIDERATION<br>(Doc. 66.) |

**I.     BACKGROUND**

Hortense White ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983.  This case was dismissed on August 30, 2013, with prejudice, for failure to state a claim upon which relief may be granted under § 1983, and judgment was entered on August 30, 2013.  (Docs. 53, 54.)

On December 4, 2013, Plaintiff filed a document (Doc. 66.) which the court construes as a motion for reconsideration of the court's order of November 22, 2013, which denied Plaintiff's motion to vacate the judgment.

**II.    MOTION FOR RECONSIDERATION**

The Court has discretion to reconsider and vacate a prior order.  Barber v. Hawaii, 42 F.3d 1185, 1198 (9th Cir. 1994); United States v. Nutri-cology, Inc., 982 F.2d 394, 396 (9th Cir. 1992).  Motions to reconsider are committed to the discretion of the trial court.  Combs v.

<u>Nick Garin Trucking</u>, 825 F.2d 437, 441 (D.C. Cir. 1987); <u>Rodgers v. Watt</u>, 722 F.2d 456, 460 (9th Cir. 1983) (en banc).  To succeed, a party must set forth facts or law of a strongly convincing nature to induce the court to reverse its prior decision.  See <u>Kern-Tulare Water Dist. v. City of Bakersfield</u>, 634 F.Supp. 656, 665 (E.D. Cal. 1986), affirmed in part and reversed in part on other grounds, 828 F.2d 514 (9th Cir. 1987).  When filing a motion for reconsideration, Local Rule 230(j) requires a party to show the "new or different facts or circumstances claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion."  L.R. 230(j).

Plaintiff has not set forth facts or law of a strongly convincing nature to induce the court to reverse its prior decision, or shown any other grounds for the motion.  Therefore, Plaintiff's motion must be denied.

**III.   CONCLUSION**

Based on the foregoing, **IT IS HEREBY ORDERED** that Plaintiff's motion for reconsideration, filed on December 4, 2013, is DENIED.

IT IS SO ORDERED.

Dated:   December 13, 2013                            _____
                                                                            SENIOR DISTRICT JUDGE